# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**     Tel: 718-740-1000
Email: abdul@abdulhassan.com     Fax: 718-740-2000
*Employment and Labor Lawyer*     Web: www.abdulhassan.com

November 13, 2019

Via ECF

Hon. Jesse M. Furman, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007
Tel: 212-805-0282

               <u>Re: Gonzalez v. Parkash 2015 LLC et al</u>
                  Case No. 19-CV-01680 (JMF)(HBP)
                  Motion for Extension of Time

Dear Judge Furman:

      My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of time for the parties to submit the settlement agreement to the Court. The additional time is needed for the parties to finalize the written agreement we previously sent to defense counsel and to arrange for signatures. No prior request for an extension of this deadline was made.

      We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**     Defense Counsels via ECF

---

*Application GRANTED. The deadline for the parties to submit the settlement agreement is hereby EXTENDED to **November 20, 2019**. The Clerk of Court is directed to terminate ECF No. 22. SO ORDERED.*

*[signature]*

*November 14, 2019*

1